UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mason Therriault</u>

    v.                                            Case No. 23-cv-449-SE

<u>Northern NH Correctional Facility, et al</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 2, 2024 (doc. no. 16). For the reasons explained therein, Mason Therriault's requests for a court-ordered transfer set forth in doc. nos. 9, 10 and 11 are denied without prejudice.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); <u>see</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: April 2, 2025

cc:    Mason Therriault, pro se
        Counsel of Record