UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mason Therriault

    v.                                                                 Case No. 23-cv-449-SE

Northern N.H. Correctional Facility, et al

ORDER

The court construes the pleadings filed by the plaintiff during the objection period (doc nos. 53, 54, 55, and 56), in part, as objections to the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 6, 2026. After due consideration of the objections so construed, I herewith approve the Endorsed Report and Recommendation. For the reasons explained therein, the plaintiff's Supplemental 65:B (doc. no. 39) and Motion for Relief Addendum (doc. no. 40) are denied without prejudice.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date:    June 9, 2026

cc:    Mason Therriault, pro se
          Counsel of Record